112 F.3d 1024
 Nicholas T. SCOTT, Plaintiff-Appellee,
v.
UNITED STATES of America, Defendant-Appellant.
Nicholas T. SCOTT, Plaintiff-Appellee-Cross-Appellant,
v.
UNITED STATES of America; IRS, Director,
Defendants-Appellants-Cross-Appellees.
 Nos. 94-15321, 94-15323.
 United States Court of Appeals,
Ninth Circuit.
 May 1, 1997.
 
 Before: FLETCHER, WIGGINS, and FERNANDEZ, Circuit Judges.
 
 
 1
 Prior report: 847 F.Supp. 1499.
 
 ORDER
 
 2
 This case having been heard by the United States Supreme Court and reversed, --- U.S. ----, 117 S.Ct. 29, 135 L.Ed.2d 1122, has been remanded to this court for further proceedings in conformity with the opinion of the Supreme Court.
 
 
 3
 The judgment of the district court is therefore reversed.